IRELL & MANELLA LLP
Morgan Chu (70446)
Andrei Iancu (184973)
Andrew E. Krause (294850)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

*Attorneys for Plaintiff*
*Rigel Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rigel Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Novartis Pharmaceuticals Corporation, <br><br> Defendant. | Case No. 15-cv-04370-EJD <br><br> **NOTICE OF DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rigel Pharmaceuticals, Inc. dismisses the above-captioned action against Defendant Novartis Pharmaceuticals Corporation. This Notice of Dismissal is being filed with the Court before service by Defendant of either an answer or motion for summary judgment.

Dated:  November 4, 2015                   Respectfully submitted,

                                          IRELL & MANELLA LLP
                                          Andrew E. Krause


                                          By: /s/ Andrew E. Krause
                                               Andrew E. Krause
                                               Attorneys for Plaintiff
                                               Rigel Pharmaceuticals, Inc.

# **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served via CM/ECF on counsel of record on November 4, 2015.

Dated: November 4, 2015					IRELL & MANELLA LLP
								Andrew E. Krause



								By: /s/ Andrew E. Krause
									Andrew E. Krause