IRELL & MANELLA LLP
Morgan Chu (70446)
Andrei Iancu (184973)
Andrew E. Krause (294850)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Plaintiff*
*Rigel Pharmaceuticals, Inc.*

IT IS SO ORDERED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Rigel Pharmaceuticals, Inc., | Case No. 15-cv-04370-EJD |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| Novartis Pharmaceuticals Corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rigel Pharmaceuticals, Inc. dismisses the above-captioned action against Defendant Novartis Pharmaceuticals Corporation. This Notice of Dismissal is being filed with the Court before service by Defendant of either an answer or motion for summary judgment.

Dated:  November 4, 2015                           Respectfully submitted,

IRELL & MANELLA LLP
Andrew E. Krause


By: /s/ Andrew E. Krause
    Andrew E. Krause
    Attorneys for Plaintiff
    Rigel Pharmaceuticals, Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

4222576

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served via CM/ECF on counsel of record on November 4, 2015.

Dated: November 4, 2015         IRELL & MANELLA LLP
                                Andrew E. Krause


                                By: /s/ Andrew E. Krause
                                    Andrew E. Krause

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

4222576